Louis W. ARNOLD, Jr., Trustee in Bankruptcy of Scheer Lighting Studios, Inc., Plaintiff-Appellant, v. GLOBE EXCHANGE BANK, Defendant-Respondent.

No. 120.

Circuit Court of Appeals, Second Circuit.

Dec. 15, 1930.

Sweet, Lefenfeld & Sweet, of New York City (Irving Sweet and Louis W. Arnold, Jr., both of New York City, on the brief), for appellant.

Furst, Schwartz & Schwager, of Brooklyn, N. Y. (Julius Schwartz, of Brooklyn, N. Y., of counsel), for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment [40 F.(2d) 955] affirmed.

William H. BACON, Appellant, v. UNITED STATES of America.

No. 9026.

Circuit Court of Appeals, Eighth Circuit.

Oct. 13, 1930.

L. John Moerke, of Duluth, Minn., for appellant.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee under Rule 16.

BALTIMORE & OHIO RAILROAD CO., Appellant, v. Louis E. MILLER.

No. 8893.

Circuit Court of Appeals, Eighth Circuit.

Oct. 7, 1930.

E. C. Hartman, of St. Louis, Mo., R. J. Kramer, of East St. Louis, Ill., and T. W. White, of St. Louis, Mo., for appellant.

Louis E. Miller, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.

George R. BASSETT, Trustee, v. Sarah E. RUSSELL et al.

No. 404.

Circuit Court of Appeals, Tenth Circuit.

Dec. 18, 1930.

Edwin C. Wilcox, of Anthony, Kan., for appellant.

J. Wilford Hill, of Cherokee, Okl., for appellees.

Before PHILLIPS and McDERMOTT, Circuit Judges, and KENNEDY, District Judge.

PER CURIAM.

Appeal dismissed December 18, 1930, pursuant to stipulation of counsel.

Walter C. BRENNER, Appellant, v. UNITED STATES of America, Appellee.

No. 6228.

Circuit Court of Appeals, Ninth Circuit.

Jan. 5, 1931.

Before RUDKIN, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Ordered appeal dismissed pursuant to stipulation; mandate forthwith.